JS-6

1  J. Larson Jaenicke [State Bar No. 73876]
   ljaenicke@rfjlaw.com
2  AnnMarie De Vita [State Bar No. 217835]
   adevita@rfjlaw.com
3  RINTALA, FRASER & JAENICKE LLP
   1801 Century Park East, Suite 1600
4  Los Angeles, California 90067
   Telephone:  (310) 277-1466
5  Facsimile:   (310) 277-1467

6  Attorneys for Defendant Jade Drug Company, Inc.

7

8
                 **UNITED STATES DISTRICT COURT**
9
        **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**
10

11

12  MOROCCANOIL, INC., a California corporation,

13          Plaintiff,

14  vs.

15  TARGET CORPORATION, a Minnesota Corporation; AMAZON.COM, INC., a
16  Delaware Corporation; JADE DRUG COMPANY, INC., a Texas Corporation;
17  and DOES 1 through 10 inclusive,

18          Defendant.

CIVIL ACTION NO.:  CV 10 0563 DMG (AGRx)

**ORDER RE DISMISSAL WITH PREJUDICE [27]**

19

20

21

22

23

24

25

26

27

28

1

1  On February 9, 2011, the parties to this action, having reached a full
2  settlement of the claims asserted in this proceeding, by and through their counsel,
3  filed a fully executed stipulation that the above-captioned action be dismissed with
4  prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).  The parties further
5  stipulated and agreed that each party shall bear its own costs and expenses incurred
6  herein.
7  Good cause appearing from the stipulation between the parties, it is ordered
8  that the above-captioned action is hereby dismissed with prejudice.  Each party shall
9  bear their own costs and expenses.
10
11
12  Dated:  February 22, 2011            *signature*
13                                                          _____
14                                                          DOLLY M. GEE
                                                                United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28